Se niega el auto solicitado.

No. 301.—*Ex Rel.* GONZÁLEZ, peticionario, *v.* WINSHIP, dmdo.— julio 26, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

San Juan, Puerto Rico, julio 26, 1935.

Celebrada la audiencia ordenada por nuestra resolución de julio 11, 1935, y apareciendo que la Ley Núm. 70 de 1931 en que se funda el relator, fué enmendada en su sección 7 a. por la Ley Núm. 18 de 1935, aprobada por el Gobernador en julio 15 de 1935, para regir inmediatamente, consistiendo dicha enmienda en la eliminación del disponiéndose que autoriza al Gobernador a asignar y pagar a los policías pensionados con sobrantes de asignaciones presupuestales, no ha lugar al auto de mandamus solicitado.

El Juez Asociado Sr. Wolf está conforme con el resultado y el Juez Asociado Sr. Córdova Dávila no intervino.

No. 5987.—MARTÍNEZ, aplte. *v.* CENTRAL CAMBALACHE, INC., aplda. —C. D. Arecibo. ▇▇▇▇▇▇▇▇▇ Julio 29, 1935.

A la moción interesando reconsideremos nuestra resolución de julio 19, 1935 admitiendo la apelación a la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito en el caso de epígrafe, no ha lugar.

Por la Corte, a propuesta de sus distintos jueces, se declaró no haber lugar a las reconsideraciones solicitadas en los siguientes casos:

Nos. 938([1]), 6154, 6214, 6312, 6389, 6489, 6571, 6636, 6734, 6855, 6895, 6916, 6958, 6966.

(B) DESESTIMACIONES.

(*a*) EN GENERAL.